IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DEESE,

    Plaintiff,

vs.                                                          4:10-CV-25-SPM/WCS

FLORIDA STATE HOSPITAL DEPARTMENT
OF CHILDREN AND FAMILIES STATE OF
FLORIDA,

    Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Joint Motion to Extend Time to File Pre-trial Documents (doc. 44). Upon consideration it is **ORDERED AND ADJUDGED** that the Motion is GRANTED. The Parties shall have until December 3, 2010, to file pre-trial documents.

**DONE AND ORDERED** this <u>first</u> day of December, 2010.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge