IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DEESE,

    Plaintiff,

vs.                                                       CASE NO.: 4:10-CV-25-SPM

FLORIDA STATE HOSPITAL DEPARTMENT
OF CHILDREN AND FAMILIES STATE
OF FLORIDA,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the "Mediation Report" (doc. 59), which represents that the case has been settled. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1. This case is hereby *dismissed*.

2. The Court shall retain jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

3. All pending motions are *denied as moot*.

DONE AND ORDERED this twenty-eighth day of January, 2011.

                                                 *s/Stephan P. Mickle*
                                                 Stephan P. Mickle
                                                 Chief United States District Judge